NUMBER 13-05-00411-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE INTEREST OF T. D. B., A MINOR CHILD

_____________________________________________________________


On Appeal from the 36th District Court 


of San Patricio County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 This appeal was abated by this Court on November 3, 2005, due to the bankruptcy
of one of the parties to this appeal. See 11 U.S.C. § 362; see generally Tex. R. App. P.
8. Since the abatement there has been no activity in this appeal. On April 22, 2009, the
Court ordered the parties to file an advisory regarding the status of the appeal and, if
applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. 



 The parties have failed to respond. Accordingly, we reinstate and dismiss the
appeal for want of prosecution. See Tex. R. App. P. 42.3(b).


 PER CURIAM


Memorandum Opinion delivered and filed this

the 28th day of May, 2009.